FOSTER G. MCGAW HOSPITAL, Loyola University of Chicago, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-365 

PASSAVANT MEMORIAL AREA HOSPITAL ASSOCIATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed June 20, 1973.*

PASSAVANT MEMORIAL AREA HOSPITAL ASSOCIATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-366 

PASSAVANT MEMORIAL AREA HOSPITAL ASSOCIATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed June 20, 1973.*

PASSAVANT MEMORIAL AREA HOSPITAL ASSOCIATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 7104

Evanston Hospital, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed June 20, 1973.*

Evanston Hospital, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 7109

Weeks Auto Seat Covers, Claimant, *vs.* State of Illinois, Secretary of State, Respondent.

*Opinion filed June 20, 1973.*

Weeks Auto Seat Covers, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 7111

John Freeman, Jr., Claimant, *vs.* State of Illinois, Department of Law Enforcement, Respondent.

*Opinion filed June 20, 1973.*

John Freeman, Jr., Claimant, pro se.